United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AHMED EBRAHIM ALMOWLAD, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-03627-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 29 |

　　Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: October 25, 2024

_____
WILLIAM H. ORRICK
United States District Judge